(No. 915—Claimant awarded $229.35.)

SCHMIDT CONSTRUCTION COMPANY, Claimant, *vs.* STATE OF ILLINOIS, Respondent.

*Opinion filed May 1, 1925.*

CONTRACT—*when State liable.* The decision of the court announced in the case of *Schnepp & Barnes* v. *State, supra,* governs this claim.

OSCAR E. CARLSTROM, Attorney General; S. S. DuHAMEL, Assistant Attorney General, for respondent.

Mr. JUSTICE LEECH delivered the opinion of the court:

This is a claim filed by the Schmidt Construction Company. It appears from letters introduced in this case and from statement made, that the Schmidt Construction Company are contractors of street pavements; that said company paved 19th and 20th Albany, Marshall Blvd., wherein the Illinois Industrial Home for the Blind, a State Institution, own property; that all work has been completed and accepted by the authorized agents of the State of Illinois and that the amount of the claim is $229.35.

The Attorney General, in behalf of the State, submits herewith a letter from C. H. Jenkins, Director of Public Welfare, in which the said Department feels that this is a just claim and should be allowed. The Attorney General therefore consents to an award in favor of the claimant, the Schmidt Construction Company in the sum of $229.35.

We therefore award the claimant the sum of $229.35.